HATCHER v. ROSE

No. 171PA90

Case below: 97 N.C.App. 652

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 13 June 1990.

IN RE APPEAL OF FOUNDATION HEALTH SYSTEMS CORP.

No. 45PA90

Case below: 96 N.C.App. 571

Petition by Forsyth County for discretionary review pursuant to G.S. 7A-31 allowed 13 June 1990.

IN RE ESTATE OF FLETCHER

No. 546P89

Case below: 96 N.C.App. 275; 326 N.C. 264

Motion by Carol Fletcher for reconsideration of petition for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

JUDA v. N. C. NATIONAL BANK

No. 175P90

Case below: 97 N.C.App. 666

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

KEPLEY v. KEPLEY

No. 159P90

Case below: 97 N.C.App. 508

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.